NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Petitioner*,

*v.*

JAMES GARY BANDERET, *Respondent*.

No. 1 CA-CR 16-0556 PRPC
FILED 1-9-2018

Petition for Review from the Superior Court in Maricopa County
No. CR1987-005418
The Honorable Jose S. Padilla, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Amanda M. Parker
*Counsel for Petitioner*

Law Office of Brent E. Graham, PLLC, Glendale
By Brent E. Graham
*Counsel for Respondent*

---

**MEMORANDUM DECISION**

Presiding Judge Kenton D. Jones, Judge Jon W. Thompson, and Judge Jennifer M. Perkins delivered the decision of the Court.

---

**P E R   C U R I A M**:

**¶1**         The State seeks review of the superior court's order granting James Banderet's petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.

**¶2**         Absent an abuse of discretion or error of law, this Court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 576-77, ¶ 19 (2012).  It is the State's burden to show that the superior court abused its discretion in granting the petition.  *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011).

**¶3**         We have reviewed the record in this matter, the superior court's order granting the petition for post-conviction relief, and the petition for review.  We find that the State has not shown any abuse of discretion.

**¶4**         Accordingly, we grant review and deny relief.  This Court's stay, entered September 12, 2016, is vacated.